

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00071-CR

Eric Daniel **AULD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B16861
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's orders denying appellant's motions to suppress are AFFIRMED.

SIGNED March 15, 2023.

_____
Lori I. Valenzuela, Justice